## FOURTH DEPARTMENT, OCTOBER, 1944.
## (October 4, 1944.)

In the Matter of the Application of FREDERICK B. HUXLEY, Respondent, for a Stay of Arbitration Proceedings Commenced by REISS & BERNHARD, INC., Appellant. REISS & BERNHARD, INC., Appellant, v. FREDERICK B. HUXLEY, Respondent.— Judgment affirmed, with costs. All concur, except Harris, J., who dissents and votes for reversal and for dismissal of the proceeding on the

ground that there were no formal contracts executed after delivery of exhibits 1 and 2, the bought and sold notes. (The judgment adjudges that arbitration proceedings be stayed.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.